LORETTA H. RANDALL, Respondent, *v.* THE NATIONAL ICE COMPANY of New York, Appellant.

(Argued May 4, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 2, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*G. H. Beckwith* for appellant.

*Louis W. Pratt* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.